IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JONATHON E. WANISH,

    Plaintiff,  JUDGMENT IN A CIVIL CASE

  v.  Case No. 12-cv-210-jed

CAROLYN W. COLVIN,
Acting Commissioner of Social Security

    Defendant.

This action came before the court for consideration with District Judge Jon E. DeGuilio presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff Jonathon E. Wanish remanding this case to defendant Carolyn W. Colvin, Acting Commissioner of Social Security, for further proceedings.

| s/ R.Plender, Deputy Clerk | 3/18/2014 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |